# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) CRIMINAL NO. _07CR3033-JM__ |
| | ) _07mj2480_ |
| vs. | ) |
| | ) ORDER |
| Ismael Santiago- | ) RELEASING MATERIAL WITNESS |
| Defendant(s) Gonzalez | ) |
| | ) Booking No. 05292298 |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jorge Mena-Vargas

DATED: ___11-8-07___

___William McCurine, Jr.___
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    **OR**
      **DUSM**

W. SAMUEL HAMRICK, JR.   Clerk
by _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✫ U.S. GPO: 2003-561-774/70082