UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Ismael Santiago-Gonzalez

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. _07cr 3033-JM_
_07mj 2480_

ORDER

RELEASING MATERIAL WITNESS

Booking No. 052922918

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jose Pimental-Esquivel

DATED: ___11-8-07___

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

Deputy Clerk