UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff )<br> )<br> vs. )<br> )<br> Ismael Santiago- )<br> Gonzalez )<br>       Defendant(s) )<br> ) | 07cr3033-JM<br>CRIMINAL NO. 07mj2480<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 05292298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Jesus Flores-Zamora

DATED: 11-8-07

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. /Clerk

by _____
         Deputy Clerk